UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81086-CIV-MIDDLEBROOKS

MARATHON PETROLEUM COMPANY LLC,

        Plaintiff,

v.

ALIAGAS CORP.,

        Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Appear Pro Hac Vice (DE 3), filed on November 19, 2007. I have reviewed the Motions and the file in this case.

The Motion requests, pursuant to Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Ronald S. Kopp as co-counsel on behalf of Plaintiff in this matter. Because the Motion has been properly filed with all the necessary documentation and Mr. Kopp appears to be in good standing, I will grant it.

Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Appear Pro Hac Vice (DE 3) is GRANTED. Ronald S. Kopp is granted to appear as co-counsel for Plaintiff, and participate in this action on behalf of Plaintiff.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 21 day of November, 2007.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE

Copies to all Counsel of Record